United States District Court
Southern District of Texas
**ENTERED**
May 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America § § § Plaintiff, § § VS. § Jose Antonio Villegas-Herrera, § § § § Defendant. § | CRIMINAL NO. 4:22CR422 |

## ORDER FOR DETENTION AND PRE-REVOCATION HEARING

ORDERED that the Court will hold a Detention and Pre-revocation Hearing on May 19, 2025, at 10:00 a.m. in courtroom 704 before Magistrate Judge Yvonne Ho.

Signed on May 15, 2025, at Houston, Texas.

_____
United States Magistrate Judge
Richard W. Bennett